IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


MACEY TERRY                                                PETITIONER


vs.              Civil Case No. 5:09CV00101 HLJ


LARRY NORRIS, Director,
Arkansas Department of Correction               RESPONDENT


ORDER

Petitioner is hereby informed of his opportunity to reply within thirty days to Respondent's argument that the petition should be dismissed because Petitioner has not asserted that either of his claims for relief are based on the violation of a federal constitutional right.  In the alternative, Respondent argues that, if the court finds the claims are based on federal constitutional violations, the Arkansas state court's resolution of the claims was not contrary to, or an unreasonable application of, clearly established federal law, as discussed in Williams v. Taylor, 529 U.S. 362, 404-05 (2000).  Petitioner may reply to any other argument raised in the Response.

SO ORDERED this 20th day of May, 2009.


_____
Henry L. Jones, Jr.
United States Magistrate Judge