IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MACEY TERRY**                                                                                       **PETITIONER**
**ADC #104363**

v.                                            5:09-cv-00101-SWW-JJV

**LARRY NORRIS**
Director, Arkansas Department of Correction                          **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Petitioner's Petition (Doc. No. 2) is DISMISSED. The requested relief is denied and any pending motions are denied as moot.

DATED this 11th day of December, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE