### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**MACEY TERRY**  **PETITIONER**
**ADC #104363**

v.  **5:09-cv-00101-SWW-JJV**

**LARRY NORRIS**
**Director, Arkansas Department of Correction**  **RESPONDENT**

### JUDGMENT

Consistent with the Order that was entered on this day, judgment is hereby entered dismissing the Petition for Writ of Habeas Corpus with prejudice. The relief sought is denied.

IT IS THEREFORE ORDERED that Petitioner's Petition (Doc. No. 2) is DISMISSED with prejudice.

DATED this 11th day of December, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE